**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

PUJITHA VALLABHANENI

  Plaintiff,

    vs.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

            Defendant.

Case No.: Case 1:19-cv-00139

JUDGE EMMET G. SULLIVAN

PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER EMERGENCY MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO FILE ANY OPPOSITION TO HER APPLICATION FOR PRELIMINARY INJUNCTION BY MONDAY, JANUARY 28, 2019 AND TO SCHEDULE A HEARING BY NO LATER THAN FEBRUARY 1, 2019

The plaintiff hereby withdraws her emergency motion for an order directing the government to file any opposition to her application for preliminary injunction by Monday, January 28, 2019 and to schedule a hearing by no later than February 1, 2019.

The plaintiff is **not** withdrawing her application for a preliminary injunction at this time and continues to stand behind the assertions made in support of that motion regarding the urgent need for a decision on this application on or before February 1, 2019 in order to avoid her suffering irreparable harm. However, she is withdrawing her request that the Court order the U.S. Attorney's Office to file an answer to this application by January 28, so as to facilitate ongoing settlement negotiations.

Respectfully Submitted this 24th day of January, 2019.

/s/ Michael E. Piston
Michael E. Piston (MI 002)
Attorney at Law
225 Broadway, Suite 307

New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that plaintiff's counsel has today emailed a copy of this notice to Wynne Kelly, Assistant U.S. Attorney for the District of Columbia, who has informed counsel that he will be representing the defendant in this action.

/s/ Michael E. Piston
Michael E. Piston (MI 002)
Attorney at Law
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com
Dated: January 24, 2019